UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL TRAYNOR,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>COLORADO CASUALTY INSURANCE COMPANY, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-00251-JCM-PAL<br><br>ORDER |

The court conducted a hearing on May 31, 2016, regarding the parties' Proposed Amended Joint Discovery Plan and Scheduling Order (Dkt. #12) which requests special scheduling review. Christian Griffin appeared on behalf of Plaintiff, and Ryan Dennett appeared on behalf of Defendants. On April 20, 2016, the court entered a standard Discovery Plan and Scheduling Order (Dkt. #11) when the parties failed to submit a proposed plan. Thereafter, on May 5, 2016, the parties submitted their proposed discovery plan which requested special scheduling review and 240 days to complete discovery. The court canvassed counsel as to their specific discovery needs. Upon hearing from counsel, the court will extend the discovery dates as requested, but warned counsel that absent compelling circumstances and a strong showing of good cause, no further extensions will be allowed. Accordingly,

**IT IS ORDERED** that:

1. The following discovery plan and scheduling order dates will be extended as follows:

    a. Last date to complete discovery: **October 5, 2016.**

    b. Last date to amend pleadings and add parties: **July 7, 2016.**

    c. Last date to file interim status report: **August 8, 2016.**

1

        d.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **August 8, 2016.**

        e.    Last date to disclose rebuttal experts: **September 7, 2016.**

        f.    Last date to file dispositive motions: **November 4, 2016.**

        g.    Last date to file joint pretrial order: **December 5, 2016.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2.    The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3.    Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **September 14, 2016,** and shall fully comply with the requirements of LR 26-4.

4.    Absent compelling circumstances, a strong showing of good cause, and that the discovery could not be completed within the extended time allowed despite the exercise of due diligence no further extensions will be allowed.

DATED this 3rd day of June, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE