**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**CHRISTIAN N. GRIFFIN, ESQ.**
Nevada Bar No. 10601
Nevada Bar No. 7666
**HARRIS & HARRIS**
2029 Alta Drive
Las Vegas, Nevada 89106
702.880.4529 - Telephone
702.880.4528 - Facsimile
bharris@harrislawyers.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| MICHAEL TRAYNOR, | Case No. 2:16-CV-00251-JCM-PAL |
| Plaintiff, | |
| vs. | |
| COLORADO CASUALTY INSURANCE COMPANY aka/dba SAFECO INSURANCE; UNITED FINANCIAL CASUALTY COMPANY aka/dba PROGRESSIVE INSURANCE; ROE CORPORATIONS 1 through 10, inclusive; and DOES 11 through 20, inclusive, | |
| Defendants. | |

**STIPULATION & ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT COLORADO CASUALTY INSURANCE COMPANY'S MOTION FOR DECLARATION OF OFFSET (FIRST REQUEST)**

Defendant **COLORADO CASUALTY INSURANCE COMPANY** filed its Motion for Declaration of Offset on July 29, 2016. A hearing has not been scheduled by the Court.

Plaintiff respectfully requested an extension of time in which to file his Opposition to Defendant **COLORADO CASUALTY INSURANCE COMPANY**'s Motion on August 12, 2016, to Friday, August 19, 2016. The parties have entered into a Stipulation.

. . . .

1  IT IS HEREBY STIPULATED by and between Plaintiff **MICHAEL TRAYNOR**, through his attorneys, **BRIAN K. HARRIS, ESQ.** and **HEATHER E. HARRIS, ESQ.**, of the law firm of **HARRIS & HARRIS**, and Defendant **COLORADO CASUALTY INSURANCE COMPANY**, by and through its attorney, **ELIZABETH R. MIKESELL, ESQ.** of the **LAW OFFICES OF ELIZABETH R. MIKESELL**, that Plaintiff's Opposition to Defendant Colorado Casualty Insurance Company's Motion for Declaration of Offset be extended to **FRIDAY, AUGUST 19, 2016**.

This is the first Stipulation for extension of time to file an Opposition.

DATED this 16 day of August, 2016

| HARRIS & HARRIS | LAW OFFICES OF ELIZABETH R. MIKESELL |
|---|---|
| | *ELECTRONIC SIGNATURE APPROVED 08.16.16* |
| By _____<br>**BRIAN K. HARRIS, ESQ.**<br>Nevada Bar No. 7737<br>2029 Alta Drive<br>Las Vegas, Nevada 89106<br>702.880.4529 - Telephone<br>702.880.4528 - Facsimile<br>*Attorneys for Plaintiff* | By */s/ ELIZABETH R. MIKESELL*<br>**ELIZABETH R. MIKESELL, ESQ.**<br>Nevada Bar No. 8034<br>7251 W. Lake Mead Blvd. Suite 250<br>Las Vegas, Nevada 89128<br>702.228.3176 - Telephone<br>866.221.6108 - Facsimile<br>*Attorneys for Defendant*<br>***COLORADO CASUALTY INSURANCE COMPANY*** |

. . . .

-2-

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Opposition to Defendant Colorado Casualty Insurance Company's Motion for Declaration of Offset be extended to **FRIDAY, AUGUST 19, 2016**.

DATED August 17, 2016.

*[signature]*
U.S. DISTRICT COURT JUDGE

Prepared & Submitted by:

**HARRIS & HARRIS**

By: *[signature]*
   **BRIAN K. HARRIS, ESQ.**
   Nevada Bar No. 7737
   2029 Alta Drive
   Las Vegas, Nevada 89106
   702.880.4529 - Telephone
   702.880.4528 - Facsimile
   *Attorneys for Plaintiff*

-3-

Case 2:16-cv-00251-JCM-PAL Document 23 Filed 08/17/16 Page 4 of 5

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:16-cv-00251-JCM-PAL Traynor v. Colorado Casualty Insurance Company et al Minute Order |
| **Date:** | Friday, August 12, 2016 2:21:11 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 8/12/2016 at 2:18 PM PDT and filed on 8/12/2016
**Case Name:** Traynor v. Colorado Casualty Insurance Company et al
**Case Number:** 2:16-cv-00251-JCM-PAL
**Filer:**
**Document Number:** 18(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Judge James C. Mahan, on 8/12/2016. By Deputy Clerk: David Oakes. RE: [17] Stipulation**

**IT IS THE ORDER OF THE COURT that Brian K. Harris plaintiff's counsel is in violation of LR IA 6-1. REQUESTS FOR CONTINUANCE, EXTENSION OF TIME, OR ORDER SHORTENING TIME.**

**ONCE CORRECTED REFILE USING THE "NOTICE OF CORRECTED IMAGE/DOCUMENT" EVENT IN CMECF.**

**(no image attached) (Copies have been distributed pursuant to the NEF - DXO)**

**2:16-cv-00251-JCM-PAL Notice has been electronically mailed to:**

Brian K Harris     bharris@harrislawyers.net, cgriffin@harrislawyers.net, elopez@harrislawyers.net, hharris@harrislawyers.net, pfromhart@harrislawyers.net

Ryan L Dennett     rdennett@dennettwinspear.com, tamendola@dennettwinspear.com, tcrisp@dennettwinspear.com

**PLEADINGS. NO. 18.**

Elizabeth R. Mikesell     elizabeth.mikesell@libertymutual.com, farrah.hardiman-james@libertymutual.com, lasvegaslegal@libertymutual.com

Christian N Griffin     chris@richardharrislaw.com

**2:16-cv-00251-JCM-PAL Notice has been delivered by other means to:**

PLEADINGS. NO. 18.