UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL TRAYNOR, | Case No. 2:16-CV-251 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| COLORADO CASUALTY INSURANCE COMPANY aka/dba SAFECO INSURANCE, et al., | |
| Defendant(s). | |

Presently before this court is defendant United Financial Casualty Company's motion for leave to file replies contesting plaintiff Michael Traynor's objections (ECF Nos. 54, 55) to Magistrate Judge Leen's February 7, 2017, orders. (ECF No. 57).

Local Rule IB 3-1 permits a party's submission of replies addressing objections to magistrate judge orders "only with leave of the court." Defendant offers the following:

> Mr. Traynor raises new arguments in his Objections which were not addressed in his Opposition to Progressive's Motions or at the hearing. Progressive has not had any opportunity to respond to these new arguments. Principles of fairness and equity support allowing Progressive to file Replies. Moreover, the Replies will provide the Court with additional information necessary for the Court's decision making in this matter.

(ECF No. 57 at 3).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for leave to file replies (ECF No. 57) be, and the same hereby is, GRANTED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant shall have fourteen (14) days from the date of this order to file its replies.

DATED March 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -